**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LAVERNE M. JOHNSON, as Personal Representative of the Estate of STAFF SERGEANT RANDY V. JOHNSON, Deceased,**

    Plaintiff(s),

v.     CASE NO:  8:03-cv-1399-T-30MSS

**BOMBARDIER, INC., et al.,**

    Defendants.
_____/

## ORDER OF DISMISSAL

A Notice of Settlement (Dkt. #150) was filed in consolidated case number 8:03-cv-539-T-30MSS on January 19, 2005, regarding the above-styled case. In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1) This case is dismissed.

2) All pending motions are denied as moot.

3) The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 3, 2005.

    *[signature]*
    JAMES S. MOODY, JR.
    UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*S:\Odd\2003\BOMBARDIER\03-cv-1399.dismissal.wpd*